UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD RUSSELL STUDEBAKER,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>Respondent. | NO. CV 08-2805 ODW (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 20, 2009.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE